

527 Linden Street
Scranton, PA 18503
(570) 961-0777
(800) 290-7707
Fax: (570) 342-1232
www.powell-law.com

Suburban Offices:

Taylor:
1024 South Main Street
(570) 562-2420

Moscow:
106 South Main Street
(570) 842-4281

Stroudsburg:
1651 West Main Street
(570) 517-0403

April 13, 2018

The Honorable James M. Munley
William J. Nealon Federal Building
235 North Washington Avenue
Scranton, PA 18503

**RE: LANI POLKOWSKI VS. NATIONWIDE
NO. 3:17-CV-107**

Dear Judge Munley:

Please be advised that the parties have been able to amicably resolve the above matter. Please issue the standard sixty (60) day Order.

Thank you.

Respectfully yours,

**POWELL LAW**

Bruce S. Zero, Esquire

BSZ/CW
cc: Randy C. Greene, Esquire
     Daniel D. Krebbs, Esquire

JAMES J. POWELL, III * ■ CHRISTOPHER T. POWELL, JR. ■ BRUCE S. ZERO + ■ JAMES F. MUNDY *✦ ■ PATRICIA G. RIEDER
*Past Chairman, Disciplinary Board of the Supreme Court of PA +Also admitted in New Jersey ✦Past President of PA Bar Association and PA Trial Lawyers Association
James J. Powell, Sr. 1873-1944 James J. Powell, Jr. 1912-1959 Christopher T. Powell, Sr. 1920-1990